FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

Coleman
(Last Name)         (Identification Number)

Dontrell          De'Shay
(First Name)        (Middle Name)

Pike County Jail
(Institution)

2109 Jesse Hall Industrial Park Rd. Magnolia, MS 39652
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 10 2023
ARTHUR JOHNSTON
BY_____ DEPUTY

V.

CIVIL ACTION NUMBER: 5:23cv91-DCB-BWR
(to be completed by the Court)

_____

_____

_____

(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
   Yes (✓)   No ( )

B. Are you presently incarcerated?
   Yes (✓)   No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
   Yes ( )   No (✓)

D. Are you presently incarcerated for a parole or probation violation?
   Yes ( )   No (✓)

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes ( )   No (✓)

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes ( )   No (✓)

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Dontrell Coleman       Prisoner Number: 2000004745

Address: 2109 Jesse Hall Industrial Park Rd
Magnolia, MS 39652

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Captain Bynum, Warden Young is employed as Correctional officers at Pike County Jail

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Dontrell De'Shay Coleman

ADDRESS: Hancock County Public Safety Complex
8450 Highway 90 Bay St. Louis, MS 39520

DEFENDANT(S):

NAME: Captain Bynum
Warden Young
C.O. Tre-Five/Melvin
Lt. Kim

ADDRESS: 2109 Jesse Hall Industrial Park Rd.
Magnolia, MS 39652

Page 2 of 4

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any lawsuits in a court of the United States?   Yes (   )   No (   )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
1. Parties to the action: _____

2. Court (if federal court, name the district; if state court, name the county): _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____

CASE NUMBER 2.
1. Parties to the action: _____

2. Court (if federal court, name the district; if state court, name the county): _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____

STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

I've been on every zone here & been jumped by multiple inmates 5 seperate times. July 20, 2023 An C.O. called Tre-five pulled my hair & attacked me because they tried to put me on a zone I got jumped on. I've been denied medical care on each occassion. My teeth is out of line & I haven't seen a doctor yet. My allergies been a problem dust, black mold, small food trays. For dinner we get a peanut butter sandwich, a bologna wrap, & 4 individual cookies. I've been sleeping on the floor since I've been locked up 4½ months. Captain Bynum & Warden Young put me on Isolation cells with mdOC inmates & mental inmates. I've been on zones with mdOC inmates that's why I'm not safe in this jail. People is locked in the library, interrogation rooms, & the visitation room.

**RELIEF**

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

What ever is legally righteous we are not animals.

Signed this 25 day of July, 2023.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Pontrell Coleman
Signature of plaintiff

Statement of Claim                                            7/25/23

To whom it may concern,

I've been jumped by multiple inmates 5 seperate occasions & stabbed twice of those 5 times. I was never allowed to see a doctor, & I have a concussion from all my altercations. I'm not affiliated & the C.O.'s didn't press any charges or allowed me to. My teeth is out of line, it's hard to eat sometimes from the pain I feel. On 7/21/23 Lt. Kim came & C.O. Cody took my lunch tray from me because I didn't eat on their time. I went hungry that day & I still have problems eating my food. 7/20/23 an C.O. named Tre-Five A.K.A. Melvin came to move me back to population on a zone I had already been attacked on. I refused to go so he & other C.O.'s tried to drag me to the back. Melvin even pulled my hair they were using excessive force & abusing their authority. These guys make me feel little, endangered, & skeptical about everything they do. My allergies & asthma has been a problem every day because of the dust, black mold, cockroaches, centipedes, ear wick bugs, spiders, & mosquitos all in this facility. Some of these isolation/one man cells have feices in the cracks of these walls & windows. I've been sleeping on the floor 4½ months & that is federally against the law. I am not the only one this jail is over crowded. Captain Brown & warden Cain put me in zones & isolation cells with mules & mental illness inmates that's not sake to be. Most of these guys is murderer's rapists, thieves, & rapists. They have no remorse of who to harm. I'm not these people. There is inmates locked up in the library, visitation room, even the attorney client/interrogation rooms. Everything that is going on is federally illegal. It is preposterous, ridiculous just inhumane on how this jail is being conducted. Animals get treated better. We are not animals. I've seen inmates with pieces of a mat as a bed cot —

even a full mat with a piece of blanket. No towels or anything they make us sign a paper saying we got everything we suppose to have. We get two elementary portion trays to eat a day. One in the morning & one at lunch it's not enough for a grown man to make it. Also for dinner they give us a peanut butter sandwich, a bologna wrap & 4 individual cookies every night. How is that a meal? They feed us at 6 a.m., 11 a.m., & 4 p.m. Commissary is high a noodle cost $1 & alot of us can't afford canteen at all. We do not get visitation at all, the pandemic is over. It cost 75¢ a minute to use the phone. I can't afford that along with other inmates as well. The justice system is too much to bare. It takes up to 2 years to be indicted. If we don't bond out we're stuck until there. We get high bonds & poor representation by public defenders. I literally talked to my public defender for 30 seconds before I saw the judge & that is incompitent on the legal process. My bond stayed the same & I was bound over. We need some help & change. This place is literal hell on earth.

With the up most respect Gratitude
Donnell Coleman

People who assualted me with an deadly weapon: Mike Miller, A zone Shoe shine (Reed) A zone, Charvez D zone, Tudda (Ashleigh) A zone, Mario Swismington A zone, Mike Harris A zone, Javarious Oby A zone, Willy Smith A zone, Rashad Smith A zone, Montrell Magee A z, Nato (Magee) A zone, Roy-Ray (Duncan) D zone, G-stick (Cormack) D zone, Gary Hodges D zo, Mookey, Smiley & 6 more on B zone.

I am now in Hancock County Public Safety Complex located 8450 Hwy 90 Bay St. Louis, MS 39520. Pike County Jail is denying to fill out the paper work to have my documents filed for little or no cost to me. I was transferred here on the 3rd of August it is now September 5th, 2023