IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**DONTRELL DE'SHAY COLEMAN**                                               **PLAINTIFF**

**VERSUS**                      **CIVIL ACTION NO. 5:23-cv-00091-DCB-BWR**

**CAPTAIN BYNUM, et al.**                                                         **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITHOUT PREJUDICE** for failure to obey the Court's Orders and to prosecute.

**SO ORDERED**, this 8th day of January, 2024.

                                                     s/David Bramlette
                                                     UNITED STATES DISTRICT JUDGE